

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2014

No. 04-13-00238-CR

Ricardo **PEDRAZA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012CRR107-D1
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

Appellant's brief was originally due on November 8, 2013. Neither the brief nor a motion for extension of time was filed. Therefore, on December 12, 2013, we abated the appeal to the trial court to hold a hearing to determine whether appellant desired to prosecute the appeal, whether appellant was indigent, and whether counsel had abandoned the appeal. *See* TEX. R. APP. P. 38.8(b)(2). On February 24, 2014, a supplemental clerk's record containing the trial court's findings of facts and conclusions of law was filed. On March 5, 2013, a supplemental reporter's record was filed. In its findings of fact and conclusions of law, the trial court found that appellant desired to pursue the appeal, appellant was still indigent, and appellant's counsel had not abandoned the appeal.

Thereafter, on March 12, 2014, we reinstated the appeal on the court's docket and ordered counsel FAUSTO SOSA to file the appellant's brief by April 11, 2014. To date, neither the brief nor a motion for extension of time has been filed. Counsel has also ignored repeated phone calls from this court inquiring as to the status of the brief.

**We, therefore, ORDER FAUSTO SOSA to electronically file appellant's brief within twenty days of the date of this order.** *See* **TEX. R. APP. P. 9.2(c)(4). NO EXTENSIONS WILL BE GRANTED. If FAUSTO SOSA fails to file appellant's brief in Appeal No. 04-13-00238-CR as ordered, FAUSTO SOSA will be ordered to appear and show cause why he should not be held in civil or criminal contempt or otherwise sanctioned.** *See* **TEX. R. APP. P. 38.8(b)(4).**

**The clerk of this court shall cause a copy of this order to be served on FAUSTO SOSA by certified mail, return receipt requested, with delivery restricted to addressee only, or give other personal notice of this order with proof of delivery.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court